STATE, RESPONDENT, v. McGINNIS ET AL., APPELLANTS.

[Submitted May 21, 1894.   Decided June 5, 1894.]

See *syllabus* and opinion in the case of *State* v. *Marion, ante,* p. 458.

*Appeal from Second Judicial District, Silver Bow County.*

CONVICTION for sale of liquor in place where women are employed. Defendants were tried before SPEER, J.  Affirmed.

*George Haldorn,* and *C. L. Campbell,* for Appellants.

*Attorney General Henri J. Haskell,* and *M. L. Wines,* for the state, Respondent.

Per CURIAM.—This case, on appeal, involves questions for consideration and determination entirely like those considered in the case of *State* v. *Marion* (just considered and determined), *ante,* p. 458, and, upon the conclusions there reached, the judgment herein must be likewise affirmed.

It will therefore be ordered that the judgment in the above-entitled cause be, and is hereby, affirmed, and that it be carried into effect by the trial court, according to the terms and conditions thereof.

*Affirmed.*

All concur.